# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES ADAM NEWMAN,
                Appellant,

vs.

LYNDA ELIZABETH NEWMAN,
                Respondent.

No. 79800

FILED

JAN 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order regarding a motion for order to show cause, motion to strike, and countermotion for sanctions; and an order regarding a memorandum of fees and costs. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Review of the notice of appeal and documents before this court reveals jurisdictional defects. First, it appears that the notice of appeal from the order regarding motion for order to show cause was untimely filed. Notice of entry of the order was served on July 22, 2019. However, appellant did not file the notice of appeal in the district court until October 4, 2019, well after the 30-day appeal period provided in NRAP 4(a)(1). An untimely notice of appeal fails to vest jurisdiction in this court. *See Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 741 P.2d 432 (1987).

Second, the challenged order regarding fees and costs does not appear to be substantively appealable. NRAP 3A(b)(8) permits an appeal from a special order after final judgment, which is an order that affects the rights of any party arising from the final judgment. *Gumm v. Mainor*, 118

SUPREME COURT
OF
NEVADA

(O) 1947A

20-02157

Nev. 912, 59 P.3d 1220 (2002). Here, the challenged order awards fees and costs as sanctions related to appellant's filing of a motion for order to show cause, and does not affect the rights of the parties arising from the decree of divorce. Thus, the order is not appealable as a special order after final judgment, and no other statute or court rule appears to authorize an appeal from this order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule").

This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                              Cadish

cc:     Hon. Rena G. Hughes, District Judge, Family Court Division
        Charles Adam Newman
        Radford J. Smith, Chartered
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A